# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

William Andrei, plaintiff

vs

Gary Johnson, as an individual; Gary Johnson as vessel owner of the F/V Andiamo, in personam; Kevin McDonald, as an employee of the F/V Andiamo and The Gary Johnson Family Trust; F/V Andiamo, her engines, apparel and furniture, in rem; The Gary Johnson Family Trust AND DOES 1-25, DEFENDANTS

SUMMONS IN A CIVIL ACTION

Case No.

'08 CV 0140 L WMc



TO: (Name and Address of Defendant)

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Ritter & Associates
2869 India Street
San Diego, CA 92103
(619) 296-0123

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

P. DELACRUZ

By _____, Deputy Clerk

JAN 2 3 2008

DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)