

**Andrei**                                                  **08cv0140-L (MCC)**

**-v-**

**Johnson, et al.**

# STRICKEN DOCUMENT

**3-Plaintiff's Demand for Jury Trial**

**3**