```
DWIGHT F. RITTER, ESQ.  (STATE BAR #127030)
KAREN ALBENCE, ESQ. (STATE BAR #241719)
RITTER & ASSOCIATES
2869 INDIA STREET
SAN DIEGO, CA  92103
(619) 296-0123

Attorney for Plaintiff
WILLIAM ANDREI
```

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM ANDREI,<br><br>    Plaintiff,<br><br>v.<br><br>GARY JOHNSON, as an individual; GARY JOHNSON as vessel owner of the F/V Andiamo, in personam; KEVIN MCDONALD, as an employee of the F/V ANDIAMO and THE GARY JOHNSON FAMILY TRUST; F/V ANDIAMO, her engines, apparel and furniture, in rem; THE GARY JOHNSON FAMILY TRUST and DOES 1-25,<br><br>    Defendants. | Case No. 08 CV 0140 L WMc<br><br>**NOTICE OF PLAINTIFF'S DEMAND OF TRIAL BY JURY** |

TO ALL NAMED DEFENDANTS AND TO THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that plaintiff WILLIAM ANDREI demands a trial by jury for all allegations and claims in his complaint for personal injuries filed on January 23, 2008.

```
DATED: 2/1/08                    RITTER & ASSOCIATES

                                 By:  F/Dwight Ritter
                                      DWIGHT RITTER
                                      Attorney for Plaintiff
                                      WILLIAM ANDREI
```

_____
COMPLAINT
                        1

Create PDF with GO2PDF for free, if you wish to remove this line, click here to buy Virtual PDF Printer