```
 1  DWIGHT F. RITTER, ESQ.  (STATE BAR #127030)
    KAREN ALBENCE, ESQ. (STATE BAR #241719)
 2  RITTER & ASSOCIATES
    2869 INDIA STREET
 3  SAN DIEGO, CA  92103
    (619) 296-0123
 4
 5  Attorney for Plaintiff
 6
 7
 8
 9                 UNITED STATES DISTRICT COURT
10                SOUTHERN DISTRICT OF CALIFORNIA
11
    WILLIAM ANDREI,              ) Case No. 08 CV 0140 L WMc
12                               )
         Plaintiff,              )
13                               ) MOTION FOR APPOINTMENT OF
         vs.                     ) SUBSTITUTE CUSTODIAN
14                               )
    GARY JOHNSON, as an          )
15  individual; GARY JOHNSON as  )
    vessel owner of the F/V      )
16  Andiamo, in personam; KEVIN  )
    MCDONALD, as an employee of  )
17  the F/V ANDIAMO and THE GARY )
    JOHNSON FAMILY TRUST; F/V    )
18  ANDIAMO, her engines,        )
    apparel and furniture, in    )
19  rem; THE GARY JOHNSON FAMILY )
    TRUST and DOES 1-25,         )
20                               )
         Defendants.             )
21
```

Pursuant to Federal Rules of Civil Procedure E(4)(b) and Local Admiralty Rule E(1)(c), plaintiff, by and through the undersigned attorney, represents the following:

On January 23, 2008, plaintiff initiated a General Negligence and Jones' Act Negligence & Unseaworthiness action against the vessel F/V Andiamo, her engines, apparel and furniture.

   1.   On _____, 2008, the Clerk of the District

_____
Motion for Appointment of Substitute Custodian

1

Create PDF with GO2PDF for free, if you wish to remove this line, click here to buy Virtual PDF Printer

```
 1  Court issued a warrant of arrest against the vessel, directing
 2  the United States Marshall to take custody of the vessel, and to
 3  retain custody of the vessel pending further order of this
 4  court.
 5       3.   Subsequent to the issuance of the warrant of arrest,
 6  the marshal will take steps to immediately seize the vessel.
 7  Thereafter, continual custody by the marshal will require the
 8  services of at least one custodian at a cost of at least
 9  $ 5.00 per day.
10       4.   The vessel is currently berthed at the Kona Kai Marina
11  and Yacht Club at 1551 Shelter Island Drive in San Diego,
12  California 92110, Slip # I72, and subject to the approval of the
13  court, the substitute custodian is prepared to provide security,
14  wharfage, and routine services for the safekeeping of the vessel
15  at a cost substantially less than that presently required by the
16  marshal. The substitute custodian has also agreed to continue to
17  provide these services pending further order of this court.
18       5.   The substitute custodian has adequate facilities for
19  the care, maintenance, and security of the vessel.
20       6.   Concurrent with the court's approval of this motion,
21  plaintiff and the substitute custodian will file a consent and
22  indemnification agreement in accordance with the Local Admiralty
23  Rule E(1)(c)(2).
24       WHEREFORE, in accordance with the representations set forth
25  in this instruction, and subject to the filing of the
26  indemnification agreement noted in Paragraph 6 above, plaintiff
27  requests that this court enter an order appointing _____
28
```

_____
Motion for Appointment of Substitute Custodian

2

Create PDF with GO2PDF for free, if you wish to remove this line, click here to buy Virtual PDF Printer

1  as the substitute custodian for the vessel F/V Andiamo.
2
3  Dated:  3/20/08              By:  S/Karen Albence
4                                    DWIGHT RITTER, ESQ.
                                     KAREN ALBENCE, ESQ.
5                                    Attorneys for Plaintiff
                                     WILLIAM ANDREI
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

---
Motion for Appointment of Substitute Custodian

3

Create PDF with GO2PDF for free, if you wish to remove this line, click here to buy Virtual PDF Printer