

```
FILED
7/16/2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                            DEPUTY
```

**Andrei**                                          **08cv0140-L (WMC)**

**-v-**

**Johnson, et al.**

# STRICKEN DOCUMENT

**9-Case Status to the Honorable Judge Lorenz**

**9**