```
DWIGHT F. RITTER, ESQ.  (STATE BAR #127030)
KAREN ALBENCE, ESQ. (STATE BAR #241719)
RITTER & ASSOCIATES
2869 INDIA STREET
SAN DIEGO, CA  92103
(619) 296-0123

Attorney for Plaintiff
WILLIAM ANDREI
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ANDREI,<br><br>        Plaintiff,<br><br>v.<br><br>GARY JOHNSON, as an individual; GARY JOHNSON as vessel owner of the F/V Andiamo, in personam; KEVIN MCDONALD, as an employee of the F/V ANDIAMO and THE GARY JOHNSON FAMILY TRUST; F/V ANDIAMO, her engines, apparel and furniture, in rem; THE GARY JOHNSON FAMILY TRUST and DOES 1-25,<br><br>        Defendants. | Case No. 08 CV 0140 L WMc<br><br>**DECLARATION OF KAREN ALBENCE, ESQ. IN SUPPORT OF PLAINTIFF ANDREI'S REQUEST FOR ENLARGEMENT OF TIME TO SERVE PLAINTIFF'S SUMMONS AND COMPLAINT ON THE DFENDANTS BEYOND THE 120 DAYS.** |

   I, KAREN ALBENCE, an attorney on behalf of plaintiff WILLIAM ANDREI, declare as follows:

   1.   Plaintiff WILLIAM ANDREI was injured on or about June 17, 2006 while employed on the vessel ANDIAMO.

   2.   The ANDIAMO was owned by Gary Johnson and the Johnson Family Trust and such vessel was also under the control of Captain Kevin McDonald on June 17, 2006.

---

Declaration of Karen Albence in Support of Plaintiff Andrei's    08 CV 0140 L(WMC)
Ex Parte Motion for Enlargement of Time to Serve Defendants

1

Create PDF with GO2PDF for free, if you wish to remove this line, click here to buy Virtual PDF Printer

| | |
|---|---|
| 1 | 3. Claims for plaintiff WILLIAM ANDREI'S maintenance and cure under the Jones Act were first presented to defendants' insurance company, Zurich Insurance, soon after the accident. This provided notice to defendants of plaintiff's future maritime claims. |
| | 4. On September 27, 2007, defendants Gary Johnson, the Johnson Family Trust, and the ANDIAMO filed a complaint for exoneration from or limitation of liability. |
| | 5. Plaintiff WILLIAM ANDREI'S claims, plaintiff ANDREI filed his complaint on January 23, 2008. |
| | 6. Pursuant to the complaint for exoneration from or limitation of liability, there is an order restraining commencement of all other related and unrelated claims, suits, and other actions other than the limitation of liability arising out of the incident on June 17, 2006. |
| | 7. Defendants Gary Johnson, the Johnson Family Trust, and the Andiamo currently have their complaint for exoneration from or limitation of liability before Judge Cathy Bencivengo and Magistrate William McCurine. |
| | 8. Plaintiff WILLIAM ANDREI'S complaint for personal injuries is before this court, the Honorable M. James Lorenz, and also before Magistrate William McCurine. |
| | 9. Judge Cathy Bencivengo and Magistrate McCurine provided notice to claimants that if any claimant wished to contest the limitation of liability, then the claimant must do so by May 27, 2008. |
| | 9. On May 26, 2008, WILLIAM ANDREI filed a response titled "Answer, Affirmative Defenses, and Claims of William Andrei". In |

---

Declaration of Karen Albence in Support of Plaintiff Andrei's     08 CV 0140 L(WMC)
Ex Parte Motion for Enlargement of Time to Serve Defendants
2

Create PDF with GO2PDF for free, if you wish to remove this line, click here to buy Virtual PDF Printer

1  paragraph five of his affirmative defenses, WILLIAM ANDREI
2  notified the courts that WILLIAM ANDREI had filed his own
3  complaint for injuries and provided the full case number.
4      10.  WILLIAM ANDREI also notified the court that the
5  defendants were not yet served with the complaint due to the
6  pending limitation of liability claim before Judge Bencivengo and
7  Magistrate McCurine.
8      11.  On May 27, 2008, Magistrate McCurine set a telephonic
9  early neutral evaluation conference for June 27, 2008.  The early
10 neutral evaluation conference took place on June 27, 2008 and a
11 status of the case was provided to Magistrate McCurine.
12     12.  WILLIAM ANDREI, by his counsels, provided verbal notice
13 again to Magistrate McCurine about the status of the issues
14 pending in the limitation of liability and the complaint already
15 filed by WILLIAM ANDREI currently pending before Judge Lorenz and
16 himself, the same magistrate in both claims.
17     13.  WILLIAM ANDREI again notified Magistrate McCurine and
18 the counsel for the defendants that WILLIAM ANDREI'S complaint had
19 not been served to defendants due the pending issues of the
20 limitation of liability.
21     14.  Magistrate McCurine asked the parties to resolve the
22 outstanding maintenance and cure issues and set a status
23 conference hearing for September 8, 2008.
24     15.  This September 8, 2008 date was requested by WILLIAM
25 ANDREI'S counsels due the unavailability of Dwight Ritter, the
26 counsel of record for WILLIAM ANDREI. Dwight Ritter is currently
27 out of the country and will not be returning to the United States
28 until September 5, 2008.

---
Declaration of Karen Albence in Support of Plaintiff Andrei's    08 CV 0140 L(WMC)
Ex Parte Motion for Enlargement of Time to Serve Defendants
3

Create PDF with GO2PDF for free, if you wish to remove this line, click here to buy Virtual PDF Printer

16. On July 10, 2008, plaintiff WILLIAM ANDREI received Judge M. James Lorenz's notice of an August 5, 2008 hearing for dismissal under Rule 4 (m) for failure of serving the defendants with plaintiff's summons and complaint.

17. Judge M. James Lorenz's notice also stated that the filing of a proof of service within 7 days of the August 5, 2008 hearing would result in removing this matter from the court's calendar.

18. Defendant Kevin McDonald was served with the summons and the complaint.

19. The attorney for defendants Gary Johnson, the Gary Johnson Trust, and the Andiamo refused to accept service of the summons and complaint because the pending limitation of liability stays any and all related claims.

20. The defendants' attorney, James Alcantara, also informed plaintiff's counsel that service of the summons and the complaint on Kevin McDonald was ineffective due to the pending limitation of liability claim.

21. At the future September 8, 2008 status conference hearing before Magistrate McCurine, plaintiff WILLIAM ANDREI believes that the status conference hearing will provide instructions to the parties regarding these two pending cases and a hearing date to determine the limitation of liability claim.

22. Plaintiff ANDREI is seeking additional time to serve the defendants as soon as the limitation of liability claim is resolved.

23. All attempted service of plaintiff's summons and complaint upon the defendants have been ineffective due to the

---

Declaration of Karen Albence in Support of Plaintiff Andrei's   08 CV 0140 L(WMC)
Ex Parte Motion for Enlargement of Time to Serve Defendants

Create PDF with GO2PDF for free, if you wish to remove this line, click here to buy Virtual PDF Printer

1 | pending limitation of liability claim.

    I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 28th day of July, 2008, in San Diego, California.


DATED: 7/28/08                    RITTER & ASSOCIATES

                                    By:  <u>S/Karen Albence</u>
                                            DWIGHT RITTER
                                            KAREN ALBENCE
                                            Attorneys for Plaintiff
                                            WILLIAM ANDREI

(Lines 10–28 blank)

---

Declaration of Karen Albence in Support of Plaintiff Andrei's  08 CV 0140 L(WMC)
Ex Parte Motion for Enlargement of Time to Serve Defendants

5

Create PDF with GO2PDF for free, if you wish to remove this line, click here to buy Virtual PDF Printer